

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 11 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

# CRIMINAL CASE COVER SHEET
## U.S. District Court

PLACE OF OFFENSE:

CITY: _____

COUNTY: Hinds

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT_____ DOCKET # 3:24CR53-TSL-LGI
SAME DEFENDANT_____ NEW DEFENDANT_____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

### DEFENDANT INFORMATION:

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED: X YES ____ NO

NAME/ALIAS: Cedrick Barber
Wherever Found

### U.S. ATTORNEY INFORMATION:

AUSA Adam T. Stuart    BAR # WI 1104004

INTERPRETER: X NO ____ YES LIST LANGUAGE AND/OR DIALECT: _____

### LOCATION STATUS:   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

### U.S.C. CITATIONS

TOTAL # OF COUNTS: 2    ____ PETTY    ____ MISDEMEANOR    2 FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   21:846=CD.F | 21 USC § 846 | Conspiracy PWITD 50 Grams or more Methamphetamine | 1 |
| Set 2   21:841A=CD.F | 21 USC §§ 841(a)(1) & 841(b)(1)(A) | PWITD 50 Grams or more of Methamphetamine | 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |

SIGNATURE OF AUSA: _____    Revised 10/25/2021