PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　CRIMINAL NO. 3:24CR53-TSL-LGI

CEDRICK BARBER

The Clerk of said Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 11 day of June 2024.

This the 11 day June 2024.

TODD W. GEE
United States Attorney

By: _____
Adam T. Stuart
Assistant U.S. Attorney
WI Bar # 1104004

Warrant issued: _____

ATS/D.E.A