AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| United States of America<br>v.<br>Cedrick Barber<br>(Wherever Found)<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:24-cr-00053-TSL-LGI<br><br>**SEALED** |

**ARREST WARRANT**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 16 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Cedrick Barber,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy PWITD 50 Grams or more Methamphetamine (1)
PWTD 50 Grams or more of Methamphetamine (5)

Date: 06/11/2024

ARTHUR JOHNSTON, CLERK

*C. Louisville*
*Issuing officer's signature*

City and state: Jackson, Mississippi

C. Louisville, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/12/24, and the person was arrested on *(date)* 7/30/24
at *(city and state)* McKinney, TX.

Date: 8/15/24

*Arresting officer's signature*

SDUSM J. Davis
*Printed name and title*