

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 3:24-cr-00053-TSL-LGI-007

CEDRICK BARBER

## TRIAL ORDER

The above case has been set for a TRIAL to begin at 9:00 a.m. on November 4, 2024, at the Thad Cochran United States Courthouse, 501 East Court Street, 4th floor, Courtroom Number 4-A, Jackson, Mississippi, Judge Tom S. Lee presiding. A Pretrial Conference is set for October 15, 2024 at 9:00 am.

All dispositive motions and memoranda must be filed in CM/ECF no later than twenty days before the beginning of the calendar-term listed above. The Government shall have ten days to respond.[1]

Dispositive motions will be decided on the memoranda of authorities unless the Court decides otherwise on its own motion or upon written request by counsel, in which event the evidentiary hearing or oral argument will be held five days before the beginning of the calendar term listed above.

All non-dispositive motions must be filed no later than thirty days before the beginning of the calendar term listed above, and should be noticed for hearing before the United States Magistrate Judge for a date to be obtained from the Magistrate Judge's Courtroom Deputy. It is the absolute responsibility of each attorney filing non-dispositive motions to consult with the Magistrate Judge's Courtroom Deputy and opposing counsel to obtain a mutually acceptable hearing date.

Proposed 1) JURY INSTRUCTIONS, 2) EXHIBIT LIST and 3) WITNESS LIST must be electronically submitted to the presiding judge's chambers email address with copies to opposing counsel three business days before the actual trial date.

1) INSTRUCTIONS: Opposing counsel is to be furnished one copy of the jury instructions. These instructions should bear the instruction number (e.g., "D-1" or "G-1") in the bottom right hand corner of the document and should not bear the style, number of the case, or which party submitted it. A list of authorities in support thereof should appear at the bottom of each instruction.

---

[1] If any deadline in this Order falls on a weekend or holiday, the deadline shall be the preceding Friday.

2) <u>EXHIBIT LIST</u>: Opposing counsel with one copy of the exhibit list. The exhibit list must reflect the style and number of case, exhibit number and description. Leave Sponsor and ID or Evidence columns blank. <u>Double space between exhibits</u>. See attached exhibit list.

3) <u>WITNESS LIST</u>: Opposing counsel is to be furnished with one copy of the witness list.

SO, ORDERED August 16, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

I acknowledge receipt of this Order:

Cedric Basdeo 1-308 Reserve at Kingstor    _____
(Defendant)                                                                        (Defense Counsel)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 3:24-cr-00053-TSL-LGI-007

CEDRICK BARBER

## EXHIBITS

| NUMBER | DESCRIPTION | SPONSOR | I.D. | EVID. |
|---|---|---|---|---|
| G-1 | (Give a brief description of the exhibit) | (leave blank---------) | | |
| D-1 | | | | |